IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD SAMUEL HILL,<br><br>Defendant. | CR 23–21–M–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Donald Samuel Hill's Provisionally Opposed Motion for Disclosure Under Rule 16 and Unopposed Motion to Enlarge Time to File Pretrial Motions by Two Weeks. (Doc. 15.) The motion states that Mr. Hill's counsel has requested the production of additional discovery from the United States, and such discovery will aid in Mr. Hill's determination of whether to file pretrial motions or proceed to trial. (*Id.* at 1–2.) The motion requests an order directing the United States to disclose the requested information on or before June 23, 2023. (*Id.* at 2.) The United States was contacted concerning that request and responded that additional time was necessary to determine whether the requested information existed and whether it is discoverable. (*Id.* at 2–3.) The motion also requests a two-week extension of the motions deadline, to and including June 30,

1

2023, which the United States does not oppose. (*Id.*)

The Court will reserve ruling on Mr. Hill's discovery-related request at this time to allow the United States an opportunity to determine whether the requested information exists, whether the information is discoverable, and whether and how to respond to the motion insofar as it may be opposed.

Accordingly, IT IS ORDERED that the motion (Doc. 15) is GRANTED IN PART. The motions deadline is RESET for June 30, 2023.

DATED this 20th day of June, 2023.

_____
Dana L. Christensen, District Judge
United States District Court