UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DONALD SAMUEL HILL,<br><br>            Defendant. | CR-23-21-M-BMM<br><br>ORDER |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 23rd day of October, 2023.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United States District Court