IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD SAMUEL HILL,<br><br>Defendant. | CR 23-21-M-BMM<br><br>**JUDGMENT OF ACQUITTAL** |

This case having been tried to a jury on commencing on October 23, 2023, and in accordance with the jury verdict, The Defendant was found **NOT GUILTY. IT IS HEREBY ORDERED** that the Defendant is acquitted, discharged, and any bond exonerated.

DATED this 27th day of March, 2024

_____
Brian Morris
United States District Court Judge